IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED 05 APR 15 PM 4: 2_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| LYNN MARIE POLINSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-2912-Ml P |
| ) | |
| SARA LEE CORPORATION/ ) | |
| JIMMY DEAN FOODS, ) | |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ TMP SCHEDULING ORDER

Pursuant to written notice, a Scheduling Conference was held on Monday, April 11, 2005. Present were Bradley G. Kirk, counsel for Plaintiff and Angie C. Davis, counsel for Defendant. At the conference the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1):**
The parties shall exchange initial disclosures required by Rule 26(as)(1) Fed.R.Civ.Pro., on or before Friday, May 6, 2005

**JOINING PARTIES:** By Wednesday, July 6, 2005

**AMENDING PLEADINGS:** By Wednesday, July 6, 2005

**INITIAL MOTIONS TO DISMISS:** By Monday, August 8, 2005

**COMPLETING ALL DISCOVERY:** By Tuesday, December 6, 2005

    **(a) DOCUMENT PRODUCTION:** By Tuesday, December 6, 2005

M AXD 868651 v1
2787056-000015 04/14/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-15-05



**(b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** By Tuesday, December 6, 2005

**(c) EXPERT WITNESS DISCLOSURE (Rule 26 (a)(2))**

(1) **DISCLOSURE OF PLAINTIFF'S RULE 26 (a)(1) EXPERT INFORMATION AND EXPERT REPORTS:** By Thursday, October 6, 2005

(2) **DISCLOSURE OF DEFENDANT'S RULE 26 (a)(2) EXPERT INFORMATION AND EXPERT REPORTS: Forty-five (45) days following receipt by Defendant of any reports of experts served by Plaintiff.**

(3) **EXPERT WITNESS DEPOSITIONS:** By Discovery Deadline

**FILING DISPOSITIVE MOTIONS:** By Monday, January 16, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within thirty (30) days of the default or the service of the response, answer or objection, which is the subject of the motion, if the default occurs within thirty (30) days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last two (2) days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case may be appropriate for ADR.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

2

      This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

      IT IS SO ORDERED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

DATE: 4/15/05

M AXD 868651 v1
2787056-000015 04/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02912 was distributed by fax, mail, or direct printing on April 18, 2005 to the parties listed.

---

Angie Davis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Maurice Wexler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable Jon McCalla
US DISTRICT COURT