IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~M~~ D.C.
05 NOV 30 AM 11: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| LYNN MARIE POLINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 04-2912-Ml/P |
| | ) | |
| SARA LEE CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Before the court is plaintiff's counsel's Motion to Withdraw as Attorney of Record, filed November 7, 2005 (Dkt #22). On November 17, 2005, the court held a status conference in which plaintiff's counsel, Bradley Kirk, asked to withdraw from the case. Bradley Kirk, counsel for plaintiff and Angie Davis, counsel for defendant were present and heard at the hearing. For good cause shown, Bradley Kirk's Motion to Withdraw as Attorney of Record is GRANTED.

Plaintiff shall have thirty (30) days to retain new counsel or proceed *pro se*. After thirty (30) days have passed, defendant may take the deposition of plaintiff.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

November 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02912 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Maurice Wexler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Angie Davis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley G. Kirk
CARTER STANFILL & KIRK
25 Natchez Trace Dr.
Lexington, TN 38351

Honorable Jon McCalla
US DISTRICT COURT