```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION
```
_____

| | |
|---|---|
| **LYNN MARIE POLINSKI,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) No. 04-2912 Ml/P |
| | ) |
| **SARA LEE CORPORATION/JIMMY** | ) |
| **DEAN FOODS,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

_____

### ORDER GRANTING DEFENDANT'S MOTION FOR DEFAULT JUDGMENT OR DISMISSAL WITH PREJUDICE
_____

Before the Court is Defendant's Motion for Default Judgment or Dismissal with Prejudice, filed March 22, 2006. Plaintiff has not filed a response.

Defendant moves this Court to dismiss this case pursuant to Federal Rule of Civil Procedure 37(d), which provides, in pertinent part:

> If a party . . . fails . . . to appear before the officer who is to take the deposition, after being served with a proper notice, . . . the court in which the action is pending on motion may make such orders in regard to the failure as are just, and among others it may take any action authorized under subparagraphs (A), (B), and (C) of subdivision (b)(2) of this rule.

Fed. R. Civ. P. 37(d). Rule 37(b)(2)(C), in turn, provides that the court may dismiss the action or render a judgment by default against a party who fails to attend his or her own deposition.

Fed. R. Civ. P. 37(b)(2)(C).

Good cause having been shown, the Court GRANTS Defendant's motion for a default judgment and DISMISSES this case with prejudice.

So ORDERED this 14th day of April, 2006.

                                       /s/ Jon P. McCalla  
                                      JON P. McCALLA  
                                      UNITED STATES DISTRICT JUDGE