# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

| | | |
|---|---|---|
| **LYNN MARIE POLINSKI,** | ) | JUDGMENT IN A CIVIL CASE |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 04-2912 Ml/P |
| | ) | |
| **SARA LEE CORPORATION/JIMMY DEAN FOODS,** | ) | |
| | ) | |
|     **Defendant.** | | |

___

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration upon Defendant's Motion for Default Judgment or Dismissal with Prejudice, filed on March 22, 2006,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant's Motion for Default Judgment or Dismissal with Prejudice, entered April 14, 2006, this case is DISMISSED with prejudice.

APPROVED:


 /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT



   April 14, 2006
Date